IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE L. B. VINSON, #121632, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:13-cv-0282-TMH |
| | ) [WO] |
| CYNTHIA DILLARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #25) filed on August 26, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #24) entered on August 16, 2013 is adopted;

3. The plaintiff's motion to certify case as a class action is DENIED.

DONE this the 7th day of October, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE