IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE L. B. VINSON, #121632, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:13-CV-282-WHA |
| | )                (WO) |
| | ) |
| CYNTHIA DILLARD, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the court on the Recommendation of the Magistrate Judge filed on April 20, 2016 (Doc. #33). There being no timely objection to the Recommendation, and after a *de novo* review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The defendants' Motion for Summary Judgment is GRANTED.

2. Judgment is GRANTED in favor of the defendants.

3. The plaintiff's federal claims are DISMISSED with prejudice.

4. The plaintiff's claims alleging a violation of state law are DISMISSED without prejudice.

5. Costs are taxed against the plaintiff.

6. Final Judgment will be entered in accordance with this order.

DONE this 11th day of May, 2016.

/s/    W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE