IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE L. B. VINSON, #121632, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-CV-282-WHA |
| | )                (WO) |
| | ) |
| CYNTHIA DILLARD, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the order of the court entered on this date adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE of the court that the plaintiff's state law claim is DISMISSED without prejudice and that this case with respect to the federal claims is DISMISSED with prejudice. Costs are taxed against the plaintiff.

DONE this 11th day of May, 2016.

/s/  W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE